UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QUYEN BA NGUYEN,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. CV 5:26-04933-RAO

JUDGMENT

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and this action is closed.

DATED: October 6, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE